STEPHANIE M. HINDS (CABN 154284)
Acting United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

DAN M. KARMEL (NYBN 5151485)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7007
    FAX: (415) 436-7234
    Dan.Karmel@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. MJ 21-70434 |
| Plaintiff, | ) ) | |
| v. | ) ) | ORDER OF DETENTION |
| TOLUFALE IEREMIA, | ) ) | |
| Defendant. | ) ) ) | |

The parties appeared before the Court on March 18, 2021, for a detention hearing. At the hearing, the defendant was present by videoconference and represented by Assistant Federal Public Defender Angela Chuang. The government was represented by Assistant United States Attorney Dan M. Karmel. The government moved for detention, arguing that no condition or combination of conditions of release would reasonably assure the safety of the community. After argument, the Court ordered the defendant detained.

In support of its motion for detention, the government proffered information about the nature and circumstances of the offense, including that: the defendant was involved in a gunfight in San Francisco, California, on July 31, 2020; surveillance video depicts the defendant firing multiple shots near a crowd

of people; an innocent bystander was hospitalized with a gunshot wound to the leg caused by a bullet that the government believes the defendant fired; and the government suspects the defendant was involved in another gunfight on November 4, 2020, which resulted in another individual being hospitalized with a gunshot wound to the head.

Based on the proffered information, the Court found that the defendant would pose a danger to the community if released.

Pursuant to its findings on the record at the hearing, and as summarized in this Order, the Court orders the defendant detained pending further proceedings in this matter.  The defendant is committed to the custody of the Attorney General or a designated representative for confinement in a correctional facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal.  The defendant must be afforded a reasonable opportunity to consult privately with counsel.  On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility must deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

IT IS SO ORDERED.

DATED: March 22, 2021

HON. SALLIE KIM
United States Magistrate Judge